**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRACEY PAVLICIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CAPTECH VENTURES, INC.** | : | **NO. 24-5415** |

## <u>ORDER</u>

**NOW**, this 18th day of December, 2025, upon consideration of CapTech Ventures, Inc.'s Motion for Summary Judgment (Doc. No. 30), and Tracey Pavlicin's response (Doc. No. 32), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that,

1. The motion is **GRANTED** as to the ADA retaliation and failure to accommodate claims.

2. The motion is **DENIED** as to the remaining claims.

   /s/ Timothy J. Savage<br>
TIMOTHY J. SAVAGE, J.
