IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACEY PAVLICIN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CAPTECH VENTURES, INC.** | : | NO. 24-5415 |

## ORDER

**NOW**, this 4th day of March, 2026, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.